IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01267-REB-MJW

RICKIE ALLEN WILSON,

    Plaintiff,

v.

UNITED STATES,
UNITED STATES SECRETARY OF THE TREASURY,
INTERNAL REVENUE SERVICE,
COMMISSIONER OF INTERNAL REVENUE,
GINGER WRAY, Revenue Officer, and
ANNA S. MEDLOCK, Operations Manager,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated July 5, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01267-REB-MJW

Rickie A. Wilson
33735 Isham Jones Rd
Pine, CO 80470

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

US Secretary of the Tresaury - **CERTIFIED**
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Internal Revenue Service - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

Commissioner of Internal Revenue -**CERTIFIED**
1111 Constitution Ave., NW
Washington, D.C. 20224

Ginger Wray, Revenue Agent - **CERTIFIED**
12600 W. Colfax Ave.
Lakewood, CO 80215

Anna S. Medlock, IRS Operations Manager - **CERTIFIED**
825 E. Rundberg Ln
Austin, TX 78753

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms for process of service on United States Secretary of the Treasury; Internal Revenue Service; Commissioner of Internal Revenue; Ginger Wray; and Anna S. Medlock; to The United States Attorney General; to the United

States Attorney's Office: Complaint FILED 06/20/07, Order Granting Leave to proceed pursuant to 28 U.S.C. § 1915 FILED 06/26/07, SUMMONS, and NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 7-10-07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk