IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01267-REB-MJW

RICKIE ALLEN WILSON,

Plaintiff(s),

v.

UNITED STATES, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Clarification of Minute Order (docket no. 27) is GRANTED as follows.  The Pro Se Plaintiff shall serve the Defendants with a copy of his Complaint and Summons forthwith and consistent with the Federal Rules of Civil Procedure and District of Colorado Local Rules of Practice.  The Pro Se Plaintiff shall further follow all previous Orders or Minute Orders of this court.  Failure to comply with such Orders or Minute Orders may result in sanctions.

Date:  September 6, 2007