IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01267-REB-MJW

RICKIE ALLEN WILSON,

Plaintiff(s),

v.

UNITED STATES, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Joinder of Additional Named Defendant (docket no. 17) is DENIED.  Here, the Pro Se Plaintiff's Motion does not allege any acts of Dennis Parizek, who is an Internal Revenue Service Operations Manager, in his individual capacity.  Accordingly, claims against the government officials acting in their official capacity are essentially suits against the United States. Dugan v. Rank, 372 U.S. 609 (1962), and therefore joinder under these facts is improper.

Date:  October 10, 2007