IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01267-REB-MJW

RICKIE ALLEN WILSON,

Plaintiff(s),

v.

UNITED STATES, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that plaintiff's Motion for Reconsideration (Docket No. 47) is denied.  As this court previously found (see Docket No. 46), plaintiff does not allege any acts of Dennis Parizek in his individual capacity.  At best, plaintiff alleges acts by Parizek in his official capacity.  As previously found, claims against government officials acting in their official capacity are essentially suits against the United States.  Accordingly, the only proper defendant is the United States of America, and the joinder sought by plaintiff is improper.

Date: November 2, 2007