IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01267-REB-MJW

RICKIE ALLEN WILSON,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

**AMENDED
ORDER TO SHOW CAUSE
and
ORDER RESETTING TELEPHONE STATUS CONFERENCE**

**MICHAEL J. WATANABE
United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by District Judge Robert E. Blackburn on July 5, 2007. (Docket No. 9).

During a Scheduling Conference on October 2, 2007, and in the Courtroom Minutes/Minute Order issued that day (Docket No. 41), this court, *inter alia*, set a telephone status conference on December 4, 2007, at 10:30 a.m. Defense counsel was directed to initiate the conference call. On December 4, 2007, just after the time set for the conference, plaintiff called the court, having not been contacted by defense counsel for the telephone status conference. The court unsuccessfully attempted to

reach defense counsel in order for him to participate in the status conference.

Rule 16(f) of the Federal Rules of Civil Procedure provides in pertinent part that "[o]n motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference . . . . or (C) fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f). Rule 37(b)(2)(A) (ii)-(vii), which is referenced in Rule 16(f), permits the following sanctions:

> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;
>
> (iii) striking pleadings in whole or in part;
>
> (iv) staying further proceedings until the order is obeyed;
>
> (v) dismissing the action or proceeding in whole or in part;
>
> (vi) **rendering a default judgment against the disobedient party**; or
>
> (vii) **treating as contempt of court the failure to obey any order** except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A) (ii)-(vii) (emphasis added).

Based upon the foregoing, it is hereby

**ORDERED** that on **December 19, 2007, at 8:30 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Telephonic Show Cause Hearing will be held during which defendant shall show cause why sanctions should not be imposed pursuant to Fed. R. Civ. P. 16(f). It is further

**ORDERED** that the Telephone Status Conference is reset to **December 19,**

**2007, at 8:30 a.m.** Defense counsel shall initiate the conference call to plaintiff and then to the court at (303) 844-2403 on that date and time.

Dated:  December 5, 2007         s/ Michael J. Watanabe
        Denver, Colorado         Michael J. Watanabe
                                 United States Magistrate Judge