IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01267-REB-KMT

RICKIE ALLEN WILSON,

    Plaintiff,

v.

UNITED STATES,
UNITED STATES SECRETARY OF THE TREASURY,
INTERNAL REVENUE SERVICE,
COMMISSIONER OF INTERNAL REVENUE,
GINGER WRAY, Revenue Agent, and
ANNA S. MEDLOCK, IRS Operations Manager,

    Defendants.

---

## **MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff's "Unopposed Motion to Appear by Telephone" (#82, filed March 21, 2008), and Defendants' "Unopposed Motion for Leave to Appear Telephonically" (#83, filed April 1, 2008) are GRANTED. Both parties may appear telephonically for the motions hearing on **April 4, 2008 at 9:30 a.m.** The United States is directed to initiate a conference call to chambers to include all parties at (303) 335-2780 for the motions hearing.

Dated: April 2, 2008