IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01267-REB-KMT

RICKIE ALLEN WILSON,

        Plaintiff,

v.

UNITED STATES,
UNITED STATES SECRETARY OF THE TREASURY,
INTERNAL REVENUE SERVICE,
COMMISSIONER OF INTERNAL REVENUE,
GINGER WRAY, Revenue Agent, and
ANNA S. MEDLOCK, IRS Operations Manager,

        Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Order to Show Cause" (#90, filed April 21, 2008), and "Motion to Stay Proceedings" (#91, filed April 22, 2008) are DENIED.

Dated: May 12, 2008