**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01267-REB-KMT

RICKIE ALLEN WILSON,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Order and Recommendation of United States Magistrate Judge** [#96], filed June 3, 2008; and (2) plaintiff's **Response to Magistrate's Order and Recommendations** [#97], filed June 23, 2008. I overrule the objections, adopt the recommendation, and grant defendant's motion to dismiss plaintiff's complaint.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order and Recommendation of United States Magistrate Judge** [#96], filed June 3, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections to the recommendation, contained in his **Response to Magistrate's Order and Recommendations** [#97], filed June 23, 2008, are **OVERRULED**;

3. That defendants' **Motion To Dismiss** [#32], filed September 10, 2007, is **GRANTED**;'

4. That plaintiff's **Motion for Summary Judgment** [#72], is **DENIED**;

5. That plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE**;

6. That judgment **SHALL ENTER** on behalf of defendants, the United States, the United States Secretary of the Treasury, the Internal Revenue Service, the Commissioner of Internal Revenue, Ginger Wray, Revenue Agent, and Anna S. Medlock, IRS Operations Manager, and against plaintiff, Rickie Allen Wilson, as to all claims and causes of action; and

7. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated June 25, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**